# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| | | | |
|---|---|---|---|
| Before the Honorable DAMIAN L. MARTINEZ | | | |
| Arraignment/Detention Hearing – Cont. | | | |
| Case Number: | CR 25-2574 DLM | UNITED STATES vs. CRUZ-CONTRERAS | |
| Hearing Date: | 7/11/2025 | Time In and Out: | 9:50 – 9:55; 10:15-10:22 A.M. (2 MIN) |
| Courtroom Deputy: | B. Wilson | Digital Recording: | Sierra Blanca |
| Defendant: | BRENDA FIORELA CRUZ-CONTRERAS | Defendant's Counsel: | CHAZ ROTENBERG |
| AUSA: | SILVIA DELGADO | Pretrial/Probation: | VIRGINIA SILVA |
| Interpreter: | JUAN RAMIREZ | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Information
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Friday, August 01, 2025
- ☒ Parties agree Standing Discovery Order to be electronically entered ☐ Discovery Order previously entered ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Martínez
- ☒ Trial will be scheduled by presiding judge (if necessary) ☒ Counsel to notify Court if Defendant wishes to proceed to trial or plea
- ☐ Defendant waives Detention Hearing

## Custody Status

- ☒ Defendant in custody
- ☐ Conditions

## Other

- ☒ DEFENSE REQUESTS A CONTINUANCE OF DETENTION/CHANGE OF PLEA HEARING TO WED, 7/16/25. COURT GRANTS CONTINUANCE.