IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                              CR 25-2574 SMD

BRENDA FIORELA CRUZ-CONTRERAS,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXTEND PRETRIAL MOTIONS DEADLINE

THIS MATTER comes before the Court on Defendant's Unopposed Motion for Leave to Extend Pretrial Motions Deadline (the "Motion").

The Court, finding the Motion to be well-taken and finding the Government to be unopposed, hereby ORDERS that the pretrial motions deadline currently set for August 22, 2025, shall be extended to **August 29, 2025**.

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE