IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 25-CR-2574-DLM |
| vs. | ) | |
| **BRENDA FIORELA CRUZ-CONTRERAS**, | ) | |
| Defendant. | ) | |

## ORDER DISMISSING COUNTS 2 AND 3 OF THE INFORMATION WITHOUT PREJUDICE

THIS MATTER having come before the Court on the written motion of the United States Attorney for the District of New Mexico for an Order dismissing Counts 2 and 3 of the Information filed in this case, the Court, being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Counts 2 and 3 of the Information filed in this case be and hereby are dismissed without prejudice as to Defendant in the interests of justice.

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this Order to the United States Marshal as authority to proceed hereunder.

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE